**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JONES-MCCULLA FAMILY TRUST OF 2001**                                    **PLAINTIFF**

**MARY MADONNA JONES MCCULLA, TRUSTEE**
**ERNEST JOSEPH MCCULLA, TRUSTEE**

**VS.**                                                        **CIVIL ACTION NO.: <u>1:05-cv-695</u>**

**SLAUGHTER PROPERTIES, L.L.C. and**
**DONNA MARIE JONES WEBER**                                    **DEFENDANTS**

<u>**ORDER OF DISMISSAL**</u>

   All parties having agreed to and announced to the Court a settlement of this case, and the

Court being desirous that this case be finally closed on its docket,

   IT IS ORDERED that this case is hereby dismissed with prejudice as to all parties. This

Court specifically retains jurisdiction to enforce this settlement.

   SO ORDERED AND ADJUDGED, this the 3rd day of October 2006.


        S/ *Louis Guirola, Jr.*
        Louis Guirola, Jr.
        United States District Judge

AGREED TO:

/s/ David E. Rozier, Jr.
DAVID E. ROZIER, JR. (MS BAR NO. 5712)
ATTORNEY FOR PLAINTIFF
ADAMS AND REESE LLP
P.O. Box 24297
Jackson, MS 39225-4297


 /s/ Jeremy Carlson
Jeremy Carlson
ATTORNEY FOR DEFENDANTS
Post Office Box 22567
Jackson, MS 39225-2567


376294-1